IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
NOV 15 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 1:05CR260-T |
| ) | [18 USC 922(g)(1)] |
| LARRY EMERSON LEE  ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 8, 2004, in Coffee County, within the Middle District of Alabama,

LARRY EMERSON LEE,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Florida, to-wit:

1) July 12, 1991, Second Degree Murder With A Firearm, in the Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida, 89-31806;

2) July 12, 1991, Shooting Into An Occupied Vehicle, in the Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida, 89-31806;

did knowingly possess in and affecting commerce, the following firearms and ammunition:

1) A Bryco Arms model "Jennings 9" 9mm caliber pistol, serial number 1359397;

2) A Sentinal Arms model "R-108" .22 caliber revolver, serial number 1890032;

3) An Arminus model "Titan Tiger" .38 caliber revolver, serial number 030374;

4) 41 rounds of 9mm ammunition;

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

LARRY EMERSON LEE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One Bryco Arms model "Jennings 9" 9mm caliber pistol, serial number 1359397;

One Sentinal Arms model "R-108" .22 caliber revolver, serial number 1890032;

One Arminus model "Titan Tiger" .38 caliber revolver, serial number 030374;

41 rounds of 9mm ammunition;

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
K. DAVID COOKE, JR.
Assistant United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

3