| | |
|---|---|
| COURTROOM DEPUTY MINUTES<br>MIDDLE DISTRICT OF ALABAMA | DATE: **12/1/05**<br>DIGITAL RECORDING: **4:02 - 4:17 p.m.** |

- [√] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** CHARLES S. COODY      **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 1:05CR260-T-CSC      **DEFT. NAME:** LARRY EMERSON LEE

**USA:** KARL DAVID COOKE, JR      **ATTY:** CHRISTINE FREEMAN

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:** RON THWEATT

Defendant _____ does  √  does NOT need an interpreter;
Interpreter present   √  NO   ___ YES    NAME _____

---

- [√] **Kars.** Date of Arrest **12/1/05**  or  [ ] karsr40
- [√] **kia.** Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
- [ ] **kcnsl.** Deft. First Appearance with Counsel
- [√] Requests appointed Counsel  √ **ORAL MOTION for Appointment of Counsel**
- [√] **Finaff.** Financial Affidavit executed  [ ] to be obtained by PTSO
- [√] **koappted** **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- [ ] **20appt.** Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained _____
- [ ] Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [√] Government's **WRITTEN** Motion for Detention Hrg. filed.
- [√] **DETENTION HRG** [ ] held; √ Set for **12/2/05 @ 3:30 p.m.** ; [ ] **Prelim. Hrg** [ ] Set for _____
- [ ] **kotempdtn.** **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] **kodtn.** **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] **kocondrls.** Release order entered. [ ] Deft. advised of conditions of release.
- [ ] **kbnd.** [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [ ] **loc.(LC)** Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] **ko.** Deft. **ORDERED REMOVED** to originating district
- [ ] **kwvprl.** Waiver of [ ] Preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [ ] **Karr.** **ARRAIGNMENT** SET FOR: _____ [ ] **HELD.** Plea of **NOT GUILTY** entered.
  [ ] Trial Term _____ ; [ ] **PRETRIAL CONFERENCE DATE:** _____
  [ ] **DISCOVERY DISCLOSURES DATE** _____
- [ ] **Krmknn.** **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- [ ] **krmvhrg.** Identity/Removal Hearing set for _____
- [ ] **Kwvspt** **Waiver of Speedy Trial Act Rights Executed.**