IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   1:05CR260-T |
| | ) | |
| LARRY EMERSON LEE | ) | |

## ORDER

For good cause, it is

**ORDERED** that the Detention hearing previously set for December 2, 2005 is hereby **CANCELLED** and **RESET** for **10:00 a.m. on Monday, December 5, 2005** in courtroom 4B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 2nd day of December, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE