# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED: 12/5/05 | AT | 10:01 a.m. to 10:44 a.m. |
| DATE COMPLETED: 12/5/05 | TO | Digital Recorded |

UNITED STATES OF AMERICA

VS.

LARRY EMERSON LEE

CASE NO.: 1:05CR260-T-CSC

### APPEARANCES:

**GOVERNMENT**

Atty. Karl D. Cooke, Jr.

RON THWEATT, USPO

**DEFENDANT**

Atty. Samuel Walker
Atty. Christine Freeman

### COURT OFFICIALS PRESENT:

**Court Room Deputy:** Wanda Stinson

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **DETENTION HEARING**

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Detention Hrg. - USA v. Lee, 05cr260-T | |
|---|---|---|
| **Date** | 12/5/2005 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 10:01:48 AM | Court | Court convenes; parties present as noted and ready to proceed; Govt. may call its first witness; |
| 10:01:54 AM | Atty. Cooke | Calls Agent Yolanda Williamson-Thornton; |
| 10:02:27 AM | Atty. Walker | Addresses the court as to status of proceedings re; establishing whether not deft is eligible to be detained; |
| 10:02:53 AM | Court | Good question; |
| 10:02:56 AM | Atty. Cooke | Response intends to establish that with this witness; |
| 10:03:00 AM | Court | Advised to establish first with reference to the statute as to what statutory basis that Mr. Lee is eligible for detention>; |
| 10:03:16 AM | Atty. Cooke | Response references 3142(f)(1)(d); Discussions of prior convictions in the State of Florida; first being 2nd degree murder; second offense was firing into an occupied vehicle; |
| 10:04:06 AM | Atty. Walker | Response - those are two separate incidents; |
| 10:05:31 AM | Court | That a matter of proof? |
| 10:05:35 AM | Atty. Cooke | Proceed with testimony of witness; Discussion regarding investigation of Mr. Lee; |
| 10:06:56 AM | Walker | Objection as to relevance of question re: the 2 separate offenses listed occurred on separate occasions; |
| 10:07:08 AM | Court | Overruled; |
| 10:07:12 AM | Atty. Cooke | Cont'd testimony of witness; Discussions of information received of Deft having firearms and had held an individual at gun point and forcing that individual to drive to Montgomery, AL fromTroy; |
| 10:07:45 AM | Court | When that happened? |
| 10:07:48 AM | Witness | Around November 21, 2004; |
| 10:07:55 AM | Atty. Cooke | Cont'd testimony; Discussion as to threats to in-laws by deft; Discussions of prior convictions and sentencing on convictions; Discussions of firearms seized from Mr. Lee; Discussion as to deft having any ties in the MD of AL; |
| 10:12:31 AM | Atty. Walker | Cross-examination of witness; Discussions as to documentation of prior convictions of the deft; Discussions as to risk of flight and danger to the community; |
| 10:26:12 AM | Court | Questions to witness as to why not arrest the deft when had been informed that he'd threaten someone;? |
| 10:26:25 AM | Witness; | Was told by AUSA not to arrest him at that time and that the case for prosecution; |
| 10:26:35 AM | Court | This was in December of 2004? One year before he was arrested; Questions as to why deft get arrested at the time the threat was made instead of leaving him out into the community for year and then asked to lock him up after an indictment is filed?; |

| Time | Speaker | Description |
|---|---|---|
| 10:27:11 AM | Atty. Cooke | Response; |
| 10:27:13 AM | Court | Response; |
| 10:28:08 AM | Cooke | Addresses the court as to the finding of another violation; |
| 10:28:08 AM | Court | Put that evidence on; |
| 10:28:20 AM | Cooke | Intend to cover that in cross-examination; |
| 10:28:20 AM | Court | Why didn't you cover that in direct? |
| 10:28:24 AM | Cooke | Thought had established what needed to based on cross-examination; |
| 10:28:27 AM | Court | You didn't; |
| 10:28:46 AM | Atty. Cooke | Re-direct of witness; Discussion as to additional violation of law by deft; |
| 10:30:24 AM | Atty. Walker | Cross examination; |
| 10:33:15 AM | Court | Witness is excused; |
| 10:34:14 AM | Atty. Walker | Addresss the court; Discussion as to documents presented; |
| 10:34:39 AM | Court | Discussion as to the two separate offenses in Florida; Court ORAL ORDER denying Govt. motion for detention; Court will recess to allow deft to go over bond and conditions of release with defendant; |
| 10:40:07 AM | Court | Court RECONVENES; |
| 10:40:14 AM | Court | Discussion as to condtions of release and bond deft executes; |
| 10:41:11 AM | Court | Arraignment proceedings begins; Deft is placed under oath for arraignment; Deft enters Not Guilty plea to charges in the Indictment; This case is assigned to Judge Thompson |
| 10:42:34 AM | Atty. Freeman | Aware that his next trial term is in January, 2006; As that this case be set on the following term ; |
| 10:42:47 AM | Court | Can you be ready by Feb. 13? |
| 10:42:55 AM | Atty. Freeman | May be ready, not certain; |
| 10:43:04 AM | Court | You would prefer the April term? |
| 10:43:10 AM | Atty. Freeman | Correct. |
| 10:43:10 AM | Court | Alright; This case will be on the April term; Deft advised of right to speedy trial; Deft gives up right to speedy trial and signs waiver form; Pretrial will be set in Feb. Discover status - due by 12/6/05; |
| 10:44:17 AM | Court | Court is recessed. |