IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO.: 1:05CR260-T-CSC |
| | * | |
| LARRY EMERSON LEE | * | |
| | * | |
| | * | |
| Defendant | * | |

**WITNESS LIST**:

**GOVERNMENT**                                                                 **DEFENDANT**

1.   Evie Yolanda Williamson-Thornton, Agent                1.   None.