```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )
         v.                  )   CR. NO. 1:05cr260-T
                             )
LARRY EMERSON LEE            )
```

UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 7th day of December, 2005.

```
                    FOR THE UNITED STATES ATTORNEY
                         LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201 (36104)
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov
                    Bar Number: 7068-II58J
```

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2005, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christine Freeman** and **Karl David Cooke, Jr.**

        Respectfully submitted,

        /s/John T. Harmon
        John T. Harmon
        Assistant United States Attorney
        Office of the United States Attorney
        Middle District of Alabama
        One Court Square, Suite 201 (36104)
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        Telephone:(334) 223-7280
        Facsimile:(334) 223-7560
        E-mail: John.Harmon@usdoj.gov
        Bar Number: 7068-II58J

Case 1:05-cr-00260-MHT-CSC   Document 16   Filed 12/07/2005   Page 3 of 3