IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-cr-260-T |
| | ) | |
| **LARRY EMERSON LEE** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Samuel A. Walker, and enters his appearance as counsel for **LARRY EMERSON LEE** in the above-styled matter.

Dated this 12th day of December 2005.

Respectfully submitted,

s/Samuel A. Walker
**SAMUEL A. WALKER**
**VI BAR NO.: 633**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Samuel_Walker@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:05-cr-260-T** |
| | ) | |
| **LARRY EMERSON LEE** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    **s/Samuel A. Walker**
    **SAMUEL A. WALKER**
    **VI BAR NO.: 633**
    Attorney for Defendant
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street , Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099
    FAX:  (334) 834-0353
    E-Mail: Samuel_Walker@fd.org