IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-cr-260-T |
| | ) | |
| **LARRY EMERSON LEE** | ) | |

**NOTICE OF INSANITY DEFENSE**

COMES NOW the Defendant, Larry Emerson Lee, by and through undersigned counsel, Samuel A. Walker, and pursuant to Fed. R. Crim. P. 12.2, informs the Court that he may rely upon a defense of insanity.

Dated this 22nd day of February 2006.

Respectfully submitted,

**s/Samuel A. Walker**
**SAMUEL A. WALKER**
**VI BAR NO.: 633**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Samuel_Walker@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-cr-260-T |
| | ) | |
| LARRY EMERSON LEE | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    **s/Samuel A. Walker**
    **SAMUEL A. WALKER**
    **VI BAR NO.: 633**
    Attorney for Defendant
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street , Suite 407
    Montgomery, AL 36104
    TEL:   (334) 834-2099
    FAX:   (334) 834-0353
    E-Mail: Samuel_Walker@fd.org