IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-cr-260-T |
| | ) | |
| LARRY EMERSON LEE | ) | |

**UNOPPOSED MOTION TO CONTINUE**

COMES NOW the Defendant, Larry Emerson Lee, by and through undersigned counsel, Samuel A. Walker and, pursuant to 18 U.S.C. Sections 3161(h)(1)(A), 3161(h)(4), and 3161(h)(8)(B)(i)(iv), respectfully moves this Court to continue the trial in this matter, currently scheduled for the April 24, 2006, trial term. In support of this request, the Defendant would show:

1. Investigation has revealed that the Defendant has long-standing psychiatric issues. In particular, the Defendant has been diagnosed with Post Traumatic Stress Disorder, which resulted from his military service in Viet Nam.

2. The undersigned has obtained most, but not all, of the Defendant's extensive psychiatric records.

3. Upon receipt of Defendant's complete record, an independent and/or joint evaluation will be necessary for purposes of plea negotiations, in order to determine the Defendant's competence to stand trial or, in the event that he's found guilty, in order to determine the appropriate sentence.

4. Additional time is needed in order to obtain the Defendant's complete record, and to have the Defendant evaluated.

5. Counsel for the Government has no opposition to this requested continuance.

6. A Speedy Trial Waiver will be filed with this court in support of this Motion.

WHEREFORE, for the foregoing reasons, and pursuant to 18 U.S.C. Sections 3161(h)(1)(A), 3161(h)(4), and 3161(h)(8)(B)(i)(iv), the Defendant respectfully prays that this Motion be granted.

Respectfully submitted,

**s/Samuel A. Walker**
**SAMUEL A. WALKER**
**VI BAR NO.: 633**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Sam_Walker@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-cr-260-T |
| | ) | |
| **LARRY EMERSON LEE** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                          **s/Samuel A. Walker**
                                          **SAMUEL A. WALKER**
                                          **VI BAR NO.: 633**
                                          Attorney for Defendant
                                          Federal Defenders
                                          Middle District of Alabama
                                          201 Monroe Street , Suite 407
                                          Montgomery, AL 36104
                                          TEL:   (334) 834-2099
                                          FAX:   (334) 834-0353
                                          E-Mail: Sam_Walker@fd.org