| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   FEBRUARY 27, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:10 - 1:13** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:05CR260-MHT-CSC     **DEFENDANT NAME:** LARRY E. LEE

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. KARL DAVID COOKE | ATTY. SAMUEL WALKER |

√   **DISCOVERY STATUS:** Completed.

√   **PENDING MOTION STATUS:** None.

☐   **PLEA STATUS:**

√   **TRIAL STATUS:** Defense Counsel will file motion to have deft evaluated locally. Will be filing a motion to continue trial along with a waiver of speedy trial. Trial will last 3 days, if case goes to trial.

☐   **REMARKS:**