IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-cr-260-T |
| | ) | |
| LARRY EMERSON LEE | ) | |

### WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Larry Emerson Lee, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in U.S.C. Section 3161, hereby waives his right to a speedy trial, and further consents to a trial during the August 7, 2006, trial term.

_March 1, 2006_
DATE

_Larry E. Lee_
LARRY EMERSON LEE

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-cr-260-T |
| | ) | |
| LARRY EMERSON LEE | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Samuel A. Walker
SAMUEL A. WALKER
VI BAR NO.: 633
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Sam_Walker@fd.org