IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 1:05cr260-MHT |
| **LARRY EMERSON LEE**    ) | |

### ORDER

This cause is before the court on the motion to continue filed by defendant Larry Emerson Lee on February 27, 2006. This case is currently set for trial in the April 24, 2006, term. For the reasons set forth below, the court finds that the trial should be continued pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(4).

While the granting of a continuance is left to the sound discretion of the trial judge, see United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part as follows:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an

>offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1). However, the Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. § 3161(h)(8)(A).

This court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and defendant in a speedy trial. In support of the motion to continue, defendant has represented that he has been diagnosed with post-traumatic stress disorder, that not all of his extensive medical records have been located, and that an independent or joint evaluation will be necessary to determine defendant's competence to stand trial or, in the event he should be found guilty, in order to determine an appropriate sentence. The

government does not oppose a continuance, and Lee has filed a waiver of his sixth amendment and Speedy Trial Act rights.

Accordingly, it is ORDERED that defendant Larry Emerson Lee's motion to continue (Doc. No. 21) is granted, and that his trial is continued to the criminal term of court beginning on August 7, 2006, at 10:00 a.m.

DONE, this the 1st day of March, 2006.

                        /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**