## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  1:05CR260-MHT** |
| | ) | |
| **LARRY EMERSON LEE** | ) | |

### PRETRIAL CONFERENCE ORDER

A pretrial conference was held on February 27, 2006 before the undersigned

Magistrate Judge.  Present at this conference was the Honorable Samuel Walker, counsel

for the defendant, and Assistant United States Attorney Karl David Cooke, counsel for

the government.  As a result of the conference, it is

**ORDERED** as follows:

1.  Jury selection is set for **August 7, 2006**.   The trial of this case is set for the trial

term commencing on **August 7, 2006** before United States District Judge Myron H.

Thompson and is expected to last three trial days.

2.  There are no motions currently pending.

3.  Proposed voir dire questions shall be filed on or before **July 31, 2006.** Counsel

should not include questions seeking information which is provided in the jury

questionnaire.

4.  All Motions in Limine shall be filed on or before **July 31, 2006**. Motions in

Limine must be accompanied by a brief.  Failure to file a brief will result in denial of the

motion.

5.  Proposed jury instructions shall be filed on or before **July 31, 2006.**

6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice of intent to plea is filed on or before noon on **July 26, 2006.**  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **August 7, 2006.**  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **August 7, 2006**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 2nd day of March, 2006.

        /s/Charles S. Coody

CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE