### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:05-cr-260-MHT** |
| | ) | |
| **LARRY EMERSON LEE** | ) | |

### UNOPPOSED MOTION TO CONTINUE

COMES NOW the Defendant, Larry Emerson Lee, by and through undersigned counsel, Kevin L. Butler and, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(I), 3161h(4), 3161(h)(8)(B)(I), 3161(h)(8)(B)(i), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), respectfully moves this Court to continue the trial in this matter, currently scheduled for the August 7, 2006 to the November 6, 2006 trial term. In support of this request, the Defendant would show:

1. Mr. Lee is charged in a single count indictment with being a felon in possession of a firearm.

2. Though charged with a basic offense, because of Mr. Lee's well documented mental health problems, this case is unusual and complex. Specifically, Mr. Lee has been diagnosed and has long-standing psychiatric issues stemming from Post Traumatic Stress Disorder, which resulted from his military service in Viet Nam. These mental health problems may have affected Mr. Lee's conduct during the charged offense.

3. The undersigned has obtained essentially all of the Defendant's extensive psychiatric records and has had a psychiatric evaluation performed on Mr. Lee.

4. Based upon the result of this psychiatric exam and Mr. Lee's psychiatric records the parties are attempting to reach a resolution to this case that may involve further treatment and/or a psychiatric examination by a government psychologist or

psychiatrist.

5. The parties do not believe a proposed resolution nor final psychiatric examination(s) can be completed on or before the presently scheduled trial date.

6. As these matters will be of material importance in this Court's determination of the reasonable sentence in this matter (18 U.S.C. § 3553), it is in the interest of justice to allow the parties additional time to explore a potential resolution and complete all necessary psychiatric examinations.

7. Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(I), 3161h(4), 3161(h)(8)(B)(I), 3161(h)(8)(B)(i), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), if it is in the interest of justice, this court has authority to continue trial to allow counsel time to complete review of complex cases involving psychiatric issues and determine a defendant's mental competency.

8. Counsel for the Government has no opposition to this requested continuance.

9. Mr. Lee is on pretrial release and a Speedy Trial Waiver will be filed with this court in support of this Motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully prays that this Motion be granted.

Respectfully submitted,

s/Kevin L. Butler
**KEVIN L. BUTLER**
**AZ BAR NO.: 014138**
Attorney for Defendant
Federal Defenders
Middle District of Alabama

201 Monroe Street , Suite 407  
Montgomery, AL 36104  
TEL:   (334) 834-2099  
FAX:   (334) 834-0353  
E-Mail: kevin_butler@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-cr-260-MHT |
| | ) | |
| **LARRY EMERSON LEE** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        **s/Kevin L. Butler**

        **KEVIN L. BUTLER**
        **AZ BAR NO.: 014138**
        Attorney for Defendant
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: kevin_butler@fd.org