IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 1:05-CR-260-MHT |
| | ) | |
| LARRY EMERSON LEE | ) | |

MOTION FOR MENTAL COMPETENCY EXAMINATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests this Court to enter an order directing the United States Marshal of this district to take the above-named defendant into custody and to remove him to the custody of the Warden of the Medical Center for Federal Prisoners, Springfield, Missouri, or such other federal institution as the Court deems appropriate, for the purpose of being observed and examined by one or more qualified psychiatrists, pursuant to Title 18, United States Code, Sections 4241, 4242 and 4247.

In support of its motion, the United States respectfully states as follows:

On or about February 22, 2006, the Defendant filed a Notice of Insanity Defense. In support of this defense, defense counsel solicited a letter from Psychiatrist Benjamin Roy (attached as Ex. "A") . The United States received Dr. Roy's letter on June 26, 2006, and has attempted, unsuccessfully, to speak with Dr. Roy since that time.

Dr. Roy's letter opines that Mr. Lee suffers from Post Traumatic Stress Disorder (PTSD), and that the disorder is partially a result of intentional programming by the United States Army, designed to make Vietnam era soldiers kill without any moral restraint. Roy further opines that, absent medication, Mr. Lee has no control over his impulses or reactions, and that the condition is medical and permanent. Additionally, Roy indicates Lee suffers from some medical conditions which could cause symptoms of amnesia, particularly when related to violent acts.

Nowhere in the report does Roy opine whether Lee is competent to stand trial or to meaningfully assist in his defense at trial. Moreover, Roy does not express any opinion as to whether Lee was insane at the time of his actions that are the subject of this indictment.

Accordingly, the United States respectfully requests that a psychiatric or psychological examination of the defendant be conducted pursuant to Title 18, United States Code, Section 4241, and that a report be required pursuant to the provisions of Title 18, United States Code, Section 4247(b) and (c), the latter reports specifically to include a report as to whether the defendant is "suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense," and "as to whether the defendant was insane at the time of commission of the offense for which he is charged."

For the reasons set forth above, the United States respectfully requests this Court enter an order directing that the United States Marshal for the Middle District of Alabama take the defendant into custody and that the defendant be removed pursuant to Title 18, United States Code, Sections 4241, 4242, and 4247, for the purposes of being observed and examined.

Respectfully submitted this the 20th day of July, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Phone: 334.223.7280
FAX: 334.223.7135 fax
E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:05-CR-260-MHT |
| ) | |
| LARRY EMERSON LEE ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler.

                Respectfully submitted,

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ K. David Cooke, Jr.
                K. DAVID COOKE, JR.
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                Phone: 334.223.7280
                FAX: 334.223.7135 fax
                E-mail: david.cooke@usdoj.gov