

**DEPARTMENT OF VETERANS AFFAIRS**
Central Alabama
Veterans Health Care System

West Campus
215 Perry Hill Road
Montgomery AL 36109

East Campus
2400 Hospital Road
Tuskegee AL 36083

Dothan VA Mental Health Clinic
3753 Ross Clark
Dothan, AL 36303

June 19, 2006

Leura Canary
United States Attorney
　　and
K. David Cook, Jr.
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104

Re: Larry Emerson Lee (SSN: ▮▮▮▮▮▮)

Dear Ms Canary and Mr. Cook,

Mr. Lee suffers profound combat-related posttraumatic stress disorder (PTSD) from his service with the Air Force E-4 (1970-1974) in Vietnam. His symptoms are generally characterized by nightmares, night sweats, exaggerated startle responses, irritability, and explosivity.

PTSD is characterized by behavioral disinhibition and activation that frequently leads to aggression. In particular, combat veterans who display partial seizure-like symptoms carry a higher risk of aggression. Vietnam veterans have a higher incidence of violent behavior that includes property destruction, threats without a weapon, physical fighting, and threats with a weapon. The basis of PTSD-linked aggression is biological not willful. Military training changed in the Vietnam era to employ a special technique developed by Army psychologists called operant conditioning. The sole intent of operant conditioning was to induce the capacity to kill without any moral restraint. Until recent years this training was classified but the method and consequences for veterans from the Vietnam era to the present Gulf conflicts are detailed in "On Killing: The Psychological Cost of Learning to Kill in War and Society" by Lieutenant Colonel Dave Grossman, one of the creators of this training. As a result of operant conditioning, particularly if reinforced by combat experience, veterans have no control over their responses and actions since they bypass any thought, the reaction is automatic. Operant conditioning created an "on-switch" without ever developing an "off-switch." This is the case with Mr. Lee; without medication he has no control over his impulses and reactions.

Several medical factors contribute to a significant organic dimension to Mr. Lee's disease such that he does not have the expected insight and judgment or executive function one expects of individuals without such insults. The first factor that complicates Mr. Lee's

Ex. "A"

PTSD is his high risk category for Air Force personnel exposed to the neurotoxic and behavioral toxic effects of JP-4 jet propulsion fuel established by the National Academies of Science and numerous Air Force studies. The second factor is the antiknock additive methylcyclopentadienyl manganese tricarbonyl combat on airborne fuel tanker; manganese causes psychiatric disturbances. The third complication is a near fatal suicide attempt in December 2004 in Dothan with a combination of benzodiazepines and alcohol that caused caridorespiratory arrest, coma; Mr Lee had to be resuscitated, intubated, and supported with mechanical ventilation so that he could breathe; the time his brain went without oxygen led to the death of some brain cells, the most sensitive cells are in the hippocampus – the target area of Alzheimer's disease that leads to similar symptoms of amnesia for violent acts, concrete thinking, and confusion. As a consequence of irreversible organicity his symptoms are exacerbated and exaggerated by even minor psychological stressors. Mr. Lee's condition is medical and permanent.

Sincerely,

Benjamin Roy, M.D.
Chief
VA Mental Health Clinic

Cc: Kevin Butler