IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA     )
    )
v     )     CR. NO. 1:05CR260-MHT
    )
LARRY EMERSON LEE     )

## ORDER

Upon consideration of the motion for mental competency examination (doc. # 29)

filed by the United States, it is

ORDERED that oral argument be and is hereby set on August 8, 2006, at 2:00 p.m.

in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.  If

the defendant is in custody the United States Marshal or the person having custody of the

defendant shall produce the defendant for the hearing.

Done this 4th day of August, 2006.


    /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE