## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED:   8/8/06 | AT | 4:31 p.m. - 4:34 p.m. |
| DATE COMPLETED:   8/8/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA          *
                                  *
V.                                *     CASE NO.: 1:05CR260-MHT-CSC
                                  *
LARRY EMERSON LEE                 *
                                  *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Karl David Cooke, Jr. | *     Atty. Kevin Butler | |

### COURT OFFICIALS PRESENT:

**Court Room Deputy:** Wanda Stinson          **LAW CLERK:** Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS:__ **ORAL ARGUMENT   RE: MOTION for Psychiatric Exam**

## SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | OA re: Motion for Psychiatric Exam , USA v. Larry Emerson Lee - 1:05cr260-MHT-CSC | |
|---|---|---|
| **Date** | 8 / 8 /2006 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 4 :31:18 PM | Court | Court convenes; parties present as noted; |
| 4 :31:40 PM | Atty. Butler | Addresses the court that the deft may rely on the insanity defense; The Govt is entitled to have deft evaluated; The Govt has agreed to have that conducted at a facility in the Middle District and by a physician; The Federal Defenders will pay for the evaluation; |
| 4 :32:59 PM | Court | You haven't identified a doctory to conduct evaluation yet? |
| 4 :33:02 PM | Atty. Cooke | No. Some of the ones looking at are some that they have used before; It will be someone local, a firm that they mentioned; |
| 4 :33:16 PM | Atty. Butler | King, Kirkland and Renfroe |
| 4 :33:22 PM | Court | Will waite until you identify the doctor, and let the court know who that is; Then the court will enter the appropriate order; Not sure if we need an order; |
| 4 :33:39 PM | Atty Butler | I don't think so; |
| 4 :33:39 PM | Court | I will just deny the motion as moot; |
| 4 :33:42 PM | Atty. Butler | I believe so; |
| 4 :33:45 PM | Court | If you going to do it locally, then there is no need to you can just submit to it; |
| 4 :33:47 PM | Atty. Butler | The only way the court will be require to is if the court had a question and wanted to get involved; This is between the parties; |
| 4 :33:56 PM | Court | If your going to do it locally, the court doesn't need to do an order. I will just deny the motion as moot. He's still on pretrial release so that's not going to effect that; |
| 4 :34:12 PM | Court | COurt is recessed. |