IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-cr-260-MHT |
| | ) | |
| LARRY EMERSON LEE | ) | |

## UNOPPOSED MOTION TO CONTINUE

COMES NOW the Defendant, Larry Emerson Lee, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(I), 3161h(4), 3161(h)(8)(B)(I), 3161(h)(8)(B)(i), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), respectfully moves this Court to continue the trial in this matter, currently scheduled for the October 30, 2006 trial term. In support of this request, the Defendant would show:

1.   Mr. Lee is charged in a single count indictment with being a felon in possession of a firearm.

2.   Although charged with a basic offense, because of Mr. Lee's well documented mental health problems, this case is unusual and complex. Specifically, Mr. Lee has been diagnosed and has long-standing psychiatric issues stemming from Post Traumatic Stress Disorder, which resulted from his military service in Viet Nam. These mental health problems may have affected Mr. Lee's conduct during the charged offense.

3.   Undersigned counsel has obtained essentially all of the Defendant's extensive psychiatric records and has had a psychiatric evaluation performed on Mr. Lee.

4.   Based upon the results of the defense's psychiatric exam and Mr. Lee's psychiatric records, pursuant to 18 U.S.C. § 4241(b) the parties arranged a **joint** local psychiatric

evaluation of Mr. Lee by a doctor chosen by the government.

5.   Pursuant to the joint agreement, on or about October 11, 2006, Mr. Lee was evaluated by Dr. Glen King.

6.   Undersigned counsel has been informed by Dr. King that his preliminary findings show that in addition to potentially suffering from mental health issues stemming from prior events, Mr. Lee appears to be suffering from the early stages of Alzheimer's disease.

7.   Dr. King has scheduled supplemental evaluations of Mr. Lee during November of 2006 to assess the severity, extent and likely progression of the Alzheimer's disease.

8.   Both parties agree that this new information raises additional concerns regarding whether Mr. Lee is competent to proceed to trial, whether and how a plea agreement can be structured and how this court may fashion a reasonable sentence pursuant to 18 U.S.C. § 3553.

9.   Therefore, both parties agree, it is in the interest of justice to continue trial and allow Dr. King the time necessary to complete his mental health/Alzheimer's analysis and allow the parties the opportunity to further negotiate a potential resolution of this matter.

10.  Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(I), 3161h(4), 3161(h)(8)(B)(I), 3161(h)(8)(B)(i), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), this court has authority, in the interest of justice, to continue a trial to allow counsel time to complete its review of psychiatric

issues and determine a defendant's mental competency.

11.    Counsel for the Government has no opposition to this requested continuance.

12.    Mr. Lee is on pretrial release and a Speedy Trial Waiver will be filed with this court

in support of this Motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully prays that this Motion

be granted.

Dated this 18th day of October 2006.

Respectfully submitted,

**s/Kevin L. Butler**
**KEVIN L. BUTLER**
**AZ BAR NO.: 014138**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:  (334) 834-0353
E-Mail: kevin_butler@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:05-cr-260-MHT** |
| | ) | |
| **LARRY EMERSON LEE** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

K. David Cooke, Assistant United States Attorney, One Court Square, Suite 201, Montgomery,

Alabama 36104.

<u>s/Kevin L. Butler</u>

**KEVIN L. BUTLER**
**AZ BAR NO.: 014138**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: kevin_butler@fd.org