IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL ACTION NO.
                            )      1:05cr260-MHT
LARRY EMERSON LEE           )


ORDER

This cause is before the court on defendant Larry
Emerson Lee's motion to continue.  For the reasons set
forth below, the court finds that jury selection and
trial, now set for October 30, 2006, should be continued
pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the
sound discretion of the trial judge, <u>United States v.
Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court
is limited by the requirements of the Speedy Trial Act,
18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not
> guilty is entered, the trial of a
> defendant charged in an information or
> indictment with the commission of an

> offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  Id. § 3161(h)(8)(A).  In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(8)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Lee in a speedy trial.  A recent psychiatric examination of Lee has uncovered, for the first time, the possibility that Lee is suffering

2

from the early stages of Alzheimer's disease. Further medical evaluations will be necessary to diagnose fully Lee's mental-health condition. The additional evaluation Lee seeks will be of use in assessing his competence, in his plea negotiations, and in sentencing. The government does not oppose a continuance, and Lee has filed a waiver of his speedy trial rights.

Accordingly, it is ORDERED as follows:

(1) Defendant Larry Emerson Lee's motion for continuance (doc. no. 35) is granted.

(2) The jury selection and trial, now set for October 30, 2006, are reset for February 5, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 24th day of October, 2006.


    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE