IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
    v.                        )    CRIMINAL ACTION NO.
                              )      1:05cr260-MHT
LARRY EMERSON LEE             )


ORDER

It is ORDERED that defendant Larry Emerson Lee's psychiatric report (doc. no. 42) is set for hearing on December 8, 2006, at 9:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson, Jr. Federal Courthouse Complex, One Church Street, Montgomery, Alabama 36104.

It is further ORDERED that defendant Lee's motion to seal (doc. no. 41) is granted.

DONE, this the 7th day of December, 2006.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE