# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   December 8, 2006          AT   9:45   A.M./P.M.

DATE COMPLETED   December 8, 2006          AT   10:40   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           1:05-cr-260-MHT
        VS.
LARRY EMERSON LEE

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent B. Brunson | X | Atty Kevin L. Butler |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Daniel Korobkin, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   PSYCHIATRIC REPORT HEARING

| | |
|---|---|
| 9:45 a.m. | Court convened; psychiatric report hearing commenced. Witness sworn. Defendant's evidence commenced. Government directed to file with the court by 12/18/06 a written response to its position regarding the competency issue of the defendant. Matter taken under advisement, order to issue. |
| 10:40 a.m | Hearing concluded. |