IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                          1:06cr260-MHT

LARRY EMERSON LEE

---

    GOVERNMENT                              DEFENDANT

<u>WITNESS LIST</u>

                                                1. GLEN DAVID KING

                                                2. JOHNNY JOHNSON