IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA        )
                                )
        v.                      )    CRIMINAL ACTION NO.
                                )       1:05cr260-MHT
LARRY EMERSON LEE               )


ORDER

Based on the representations made in open court today, it is ORDERED that the United States file a written response by December 18, 2006, stating its position on defendant Larry Emerson Lee's competency.  At that point the court will consider what to do next.

DONE, this the 8th day of December, 2006.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE