IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
        V.                      )        CR NO. 1:05-cr-260-MHT
                                )
LARRY EMERSON LEE               )


## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United

States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute

Assistant United States Attorney Kent B. Brunson as counsel of record for the United States of

America in this matter in place of Assistant United States Attorney K. David Cooke.

Respectfully submitted this the 14th of December, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
    V.    )    CR NO. 1:05-cr-260-MHT
    )
LARRY EMERSON LEE    )

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:  Kevin Butler and Christine Freeman.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
kent.brunson@usdoj.gov