IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr260-MHT |
| **LARRY EMERSON LEE** | ) | |

### ORDER

It is ORDERED that the motion to substitute counsel 49) is granted.

DONE, this the 15th day of December, 2006.

                     /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**