COURTROOM DEPUTY MINUTES          DATE: DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:17 – 1:18

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:05CR260-MHT-CSC   **DEFENDANT NAME:** LARRY L. EMERSON

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. KARL D. COOKE, JR. | ATTY. CHRISTINE FREEMAN |

---

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** ~~NONE~~.
M/Substitute Counsel; M/Dismiss Indictment

☐ **PLEA STATUS:**

☐ **TRIAL STATUS:**

✓ **REMARKS:** Case to be dismissed.