## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.    ) | CASE NO: 1:05-cr-260-MHT |
| ) | |
| LARRY EMERSON LEE  ) | |

### MOTION TO WITHDRAW COUNSEL

**COMES NOW** the Federal Defender for the Middle District of Alabama, Christine A. Freeman, and moves to withdraw Samuel Walker as a counsel of record in this matter.

Mr. Walker entered a Notice of Appearance as counsel for the defendant Larry Lee, in his capacity as an Assistant Federal Defender.  As Mr. Walker is no longer employed as an Assistant Federal Defender for the Middle District of Alabama, he should be relieved as counsel.

Other counsel from the Office of the Federal Defender have already entered appearances in this matter on behalf of the Defendant and this case is now terminated.

Dated this 19th day of January, 2007.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Larry Lee
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353

E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    **s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Larry Lee
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org