IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  | |
| v ) | CR. NO. 1:05cr260-MHT |
| ) | |
| LARRY EMERSON LEE ) | |

**O R D E R**

Now pending before the court is the motion to allow Samuel Walker to withdraw as counsel of record (doc. # 55). Attorneys Kevin Butler and Christine Freeman are also attorneys of record for the defendant. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to allow Samuel Walker to withdraw as counsel(doc. # 55) be and is hereby GRANTED.

Done this 22nd day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE